# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

DENIS MEULENER BAKINA,

       Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER,

       Respondent.

5:25-cv-109

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Denis Bakina's ("Bakina") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 17. Bakina did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notations: "No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 18 at 8.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **DISMISS without prejudice** Bakina's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Orders and Local Rules. Dkt. No. 1. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Bakina *in forma pauperis* status on appeal.

    **SO ORDERED,** this ____5____ day of February, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2